**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ERIN PATTERSON**                                                      **PLAINTIFF**


**VS.**                                    **No. 4:26-cv-00090 KGB/PSH**


**FRANK BISIGNANO, Commissioner,**
       **Social Security Administration**                      **DEFENDANT**


**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to Chief United States

District Court Kristine G. Baker.  You may file written objections to all or part of

this Recommendation.  If you do so, those objections must: (1) specifically explain

the factual and/or legal basis for your objection; and (2) be received by the Clerk of

this Court Clerk within fourteen (14) days of this Recommendation.  By not

objecting, you may waive the right to appeal questions of fact.


**DISPOSITION**


Defendant Frank Bisignano, Commissioner of Social Security ("Bisignano"),

in his unopposed motion for voluntary remand (Doc. No. 9) requests this case be

reversed and remanded for further administrative proceedings.  For good cause, the

Court recommends that the unopposed motion to reverse and remand be granted.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and

*Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 2nd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE