**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ERIN PATTERSON** **PLAINTIFF**

**v.** **Case No: 4:26-cv-00090-KGB**

**SOCIAL SECURITY ADMINISTRATION,**
***Commissioner*** **DEFENDANT**

# ORDER

Before the Court is United States Magistrate Judge Patricia S. Harris's proposed findings and recommendation ("Recommendation") (Dkt. No. 10) and defendant Commissioner of the Social Security Administration's ("Commissioner") unopposed motion to remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) ("Motion to Remand") (Dkt. No. 9). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, the Court adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 10). The Court grants the Commissioner's Motion to Remand (Dkt. No. 9) and reverses and remands this case for further administrative proceedings pursuant to "sentence four" within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so ordered this 2nd day of November, 2026.

Kristine G. Baker
Chief United States District Judge